**1836549 ONTARIO LTD., (Formerly Triangle Software, LLC),**
Plaintiff–Appellant,

v.

**GARMIN USA, INC., and Garmin International, Inc., Defendants–Appellees.**

No. 2012–1275.

United States Court of Appeals,
Federal Circuit.

Feb. 12, 2013.

Michael J. Bonella, Kessler Topaz Meltzer & Check LLP, of Radnor, PA, argued for plaintiff-appellant. With him on the brief was Paul B. Milcetic. Of counsel on the brief was Constantine L. Trela, Jr., Sidley Austin, LLP, of Chicago, IL. Of counsel were Todd Kupstas, Matthew L. Mustokoff and Jenna Pellecchia, Kessler Topaz Meltzer & Check LLP, of Radnor, PA.

Nicholas P. Groombridge, Paul, Weiss, Rifkind, Wharton & Garrison LLP, of New York, NY, argued for defendants-appellees. With him on the brief were Andrew S. Brown, Jenny Chia Cheng Wu and Erin Wiggins; and David J. Ball, Jr., and Annaka Nava, of Washington, DC.

RADER, Chief Judge, SCHALL and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

AFFIRMED. *See* **Fed. Cir. R. 36.**